**TOWN OF McCANDLESS, Petitioner,**

v.

**McCANDLESS POLICE OFFICERS ASSOCIATION, Respondent.**

Supreme Court of Pennsylvania.

April 19, 2005.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether a pending grievance filed in opposition to an Act 111 employee's termination is rendered moot following the failure to grieve subsequent charges seeking termination.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Wayne David WASHINGTON, Petitioner.**

Supreme Court of Pennsylvania.

April 21, 2005.

### ORDER

PER CURIAM.

**AND NOW,** this 21ST day of April, 2005, the Petition for Allowance of Appeal is hereby denied without prejudice to petitioner to file any claims of ineffectiveness in a petition pursuant to the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541–46. *See Commonwealth v. Grant,* 572 Pa. 48, 813 A.2d 726 (2002).